**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00896-GPG
(**The above civil action number must appear on all future papers
   sent to the court in this action.   Failure to include this number
   may result in a delay in the consideration of your claims.**)

DE'LON J. ADAMS,

          Petitioner,

v.

T. K. COZZA-RHODES, Warden,

          Respondent.

---

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES**

---

          Petitioner, a prisoner in the custody of the Federal Bureau of Prisons, has

submitted to the court a "Writ of Habeas Corpus Under 28 U.S.C. 2241" (ECF No. 1).   As

part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined

that the document is deficient as described in this order.   Petitioner will be directed to

cure the following if he wishes to pursue any claims in this action.   Any papers that

Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  xx   is not submitted
(2)  ____   is missing affidavit
(3)  ____   is missing certified copy of prisoner's trust fund statement for the 6-month
            period immediately preceding this filing
(4)  xx   is missing certificate showing current balance in prison account
(5)  ____   is missing required financial information
(6)  ____   is missing authorization to calculate and disburse filing fee payments
(7)  ____   is missing an original signature by the prisoner
(8)  ____   is not on proper form (must use the court's current form)
(9)  ____   names in caption do not match names in caption of complaint, petition or

|       |    | habeas application |
|-------|----|--------------------|
| (10)  | xx | other: <u>motion and supporting documents are necessary only if $5.00 filing fee is not paid in advance</u>. |

**Complaint, Petition or Application**:

| (11) | ___ | is not submitted |
|------|-----|------------------|
| (12) | xx  | is not on proper form |
| (13) | ___ | is missing an original signature by the prisoner |
| (14) | ___ | is missing page nos. ____ |
| (15) | ___ | uses et al. instead of listing all parties in caption |
| (16) | ___ | names in caption do not match names in text |
| (17) | ___ | addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application |
| (18) | ___ | other: _____. |

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Petitioner files in response to this order must include the civil action number on this order.   It is

FURTHER ORDERED that Petitioner shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.   It is

FURTHER ORDERED that, if Petitioner fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED April 21, 2016, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher_____
United States Magistrate Judge